# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**VICENTE TREJO-RODRIGUEZ,**<br><br>*Defendant.* | **CRIMINAL ACTION NO.**<br>**3:24-cr-00004-TES-CHW-1** |

## ORDER GRANTING DEFENDANT'S UNOPPOSED
## MOTION TO CONTINUE PRETRIAL CONFERENCE

Before the Court is Defendant Vicente Trejo-Rodriguez's Unopposed Motion to Continue Pretrial Conference [Doc. 19]. On January 9, 2024, the Grand Jury returned a two-count Indictment [Doc. 1] charging Defendant with illegal reentry and possession of a firearm by a non-citizen. On January 16, 2024, Defendant was arrested. Defendant pled not guilty at his arraignment on January 17, 2024, and was detained pending trial. [Doc. 13]; [Doc. 18]. On January 27, 2024, the Court scheduled Defendant's pretrial conference for February 22, 2024. Defendant filed this Motion on February 21, 2024, seeking additional time to conduct discovery and negotiations. [Doc. 19, p. 1].

Defense Counsel states that additional time is needed to allow time for the Government to produce discovery, to allow Defense Counsel to review discovery with Defendant and investigate the case, to file pretrial motions, and to negotiate a pretrial resolution of this matter, if appropriate. [*Id.* at p. 1]. "Defense Counsel represents that

she conferred with the Government's Counsel, who does not oppose the Motion." [*Id.* at p. 1].

The Court finds that granting Defendant's request serves the ends of justice. The Court further finds that the ends of justice served by granting Defendant's request outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deprive the parties of the time needed to review discovery, prepare for trial, and engage in meaningful negotiation. Thus, the Court **GRANTS** Defendant's Motion [Doc. 19] and **CONTINUES** this case to April 22, 2024. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 22nd day of February, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**